IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CRYSTAL MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-102 |
| | ) | |
| JOHN DOE; WERNER ENTERPRISES, | ) | |
| INC.; and TRAVELERS CASUALTY AND | ) | |
| SURETY COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Over the course of two telephone conferences with the Court, the parties resolved all outstanding discovery disputes raised in the pending motion to compel, and it is therefore **MOOT**. (Doc. no. 16-1.) The parties have agreed to a bifurcated discovery process in which they will first focus on attempting to identify and/or locate the trailer, the tractor pulling the trailer, and the driver of the tractor involved in the alleged accident forming the basis of this lawsuit. Thus, the Court **GRANTS** the request to amend the Scheduling Order as follows. (Doc. no. 16-2.) Plaintiff will serve her reformulated written discovery requests on Defendants by no later than June 7, 2024, and Defendants will provide responses no later than July 2, 2024. The Rule 30(b)(6) deposition of Defendant Werner Enterprises, Inc., shall take place no later than August 6, 2024.

Upon conclusion of the first phase of discovery described herein, the Court will hold a telephone conference on August 14, 2024, at 2:00 p.m., to discuss setting deadlines for the remainder of the case. The courtroom deputy clerk will separately docket a notice with dial-in instructions for the conference.

SO ORDERED this 6th day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA