## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

CRYSTAL MILLER,                          *
                                         *
        Plaintiff,                       *
                                         *
    v.                                   *        CV  323-102
                                         *
JET CARGO EXPRESS, LLC, and              *
ELDAR SABITOV,                           *
                                         *
        Defendants.                      *

---

## FINAL JUDGMENT

---

All issues of liability having been decided by the Court against Defendants in default, and all issues of damages having been decided by a jury on October 6, 2025, at Savannah, Georgia, **IT IS ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Plaintiff and against Defendants consistent with the jury's verdict. Accordingly, Plaintiff Crystal Miller shall have and recover of Defendants Jet Cargo Express, Inc., of Hammond, Indiana, and Eldar Sabitov of Middleburg, Florida, jointly and severally, the total amount of $418,176. This amount consists of $75,000 in compensatory damages, $93,176 for attorney's fees and expenses, and $985,000 in punitive damages remitted to $250,000 under the Georgia Tort Reform Act, O.C.G.A. § 51-12-5.1(g). Costs are assessed against Defendants.

**ENTERED** at Augusta, Georgia, this 7th day of October, 2025.

UNITED STATES DISTRICT JUDGE